AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

**FILED**

— OFFENSE CHARGED —

8 U.S.C. §§ 1326(a) and (b) -
Deported Alien Found in the
United States

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**E-filing**

PENALTY:

Imprisonment 20 years; fine $250,000; special assesment $100; and 3 years of supervised release

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEC 1 3 2007

— DEFENDANT - U.S. —

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

▶ ENRIQUE GARCIA-GRACIANO

DISTRICT COURT NUMBER

CR07-0790 CW

— DEFENDANT —

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons▶ was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☑ Yes  ☐ No  }  If "Yes" give date filed 9/21/2007

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY   12/7/2007

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM     **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    AUSA Chinhayi J. Coleman

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE: OAKLAND

CR07-0790    CW

UNITED STATES OF AMERICA,

E-filing

V.

ENRIQUE GARCIA-GRACIANO,

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in
the United States

A true bill.

_____ Foreman

Filed in open court this _13th_ day of
_December 2007_

_____ Clerk

Bail, $ No bail arrest warrant

Wayne D. Brazil          12-13-07



SCOTT N. SCHOOLS (SC 09990)
United States Attorney

FILED

2007 DEC 13 PM 2: 29

*CLERKING*
*COURT*
*CALIFORNIA*

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-0790 CW |
| Plaintiff, | ) | |
| | ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – |
| v. | ) | Deported Alien Found in the United States |
| ENRIQUE GARCIA-GRACIANO, | ) | OAKLAND VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

1.      Prior to April 29, 2003, the defendant, ENRIQUE GARCIA-GRACIANO, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.      On or about April 29, 2003, the defendant, ENRIQUE GARCIA-GRACIANO, was removed, excluded, and deported from the United States.

3.      After April 29, 2003, the defendant, ENRIQUE GARCIA-GRACIANO, knowingly and voluntarily reentered and remained in the United States.

4.      On or about September 21, 2007, in the Northern District of California, the defendant, ENRIQUE GARCIA-GRACIANO, an alien, was found in the United States without

INDICTMENT

1  having obtained the express consent of the Attorney General or the Secretary of the Department

2  of Homeland Security to reapply for admission into the United States, in violation of Title 8,

3  United States Code, Sections 1326(a) and (b).

4

5  DATED:  December 13, 2007                                    A TRUE BILL.

6

7

8                                                              FOREPERSON

9  SCOTT N. SCHOOLS
   United States Attorney

10

11  W. DOUGLAS SPRAGUE
    Chief, Oakland Branch

12
    (Approved as to form:
13              AUSA Chinhayi J. Coleman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT