SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   FAX: (510) 637-3724
   Email: chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0790 CW |
| ) | |
| Plaintiff, ) | STIPULATION RE EXCLUDABLE TIME |
| ) | UNDER 18 U.S.C. § 3161 AND |
| v. ) | [PROPOSED] ORDER |
| ) | |
| ENRIQUE GARCIA-GRACIANO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     The United States, by and through its counsel, Scott N. Schools, United States Attorney for the Northern District of California, and Chinhayi Coleman, Assistant United States Attorney, and defendant, by and through his counsel, Joyce Leavitt, Assistant Federal Public Defender, hereby agree as follows:

     The parties request that, based on the facts provided herein and during the hearing before Magistrate Judge Wayne D. Brazil on December 19, 2007, time should be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (b)(iv).

     During the December 19, 2008 hearing, this matter was continued to January 16, 2008 at 2:00 p.m. for a status hearing before Judge Claudia Wilken. As stated during the December 19, 2007 hearing, counsel for the government provided discovery to defense counsel on December

STIPULATION RE EXCLUDABLE TIME
No. CR 07-0790 CW

1  14, 2007. Further, the parties have discussed potential resolution of this case through a plea
2  agreement and the government provided a draft plea agreement to defense counsel on December
3  17, 2007. Defense counsel is conducting investigation and review of the discovery materials in
4  order to effectively advise the defendant, including advice regarding any potential disposition.
5         For the foregoing reasons, the parties stipulate and agree that the ends of justice served by
6  the continuance of this matter to the status hearing set for January 16, 2008 at 2:00 p.m. outweigh
7  the best interests of the public and the defendant in a speedy trial because the failure to grant such
8  a continuance would unreasonably deny counsel for the defendant the reasonable time necessary
9  for effective preparation, taking into account the exercise of due diligence.

10 DATED:      December 20, 2007              Respectfully submitted,
11                                             SCOTT N. SCHOOLS
                                                United States Attorney
12
13
                                                    /s/    (by Andrew S. Huang)
14                                              CHINHAYI J. COLEMAN
                                                Assistant United States Attorney
15
16
17 DATED:      December 20, 2007
                                                    /s/
18                                              JOYCE LEAVITT
                                                Counsel for Enrique Garcia-Grarciano
19
20
21                                      ORDER
22         Based on the reasons provided in the stipulation of the parties above, the Court hereby
23 FINDS that the ends of justice served by the continuance of this matter to the status hearing set
24 for January 16, 2008 at 2:00 p.m. outweigh the best interests of the public and the defendant in a
25 speedy trial because the failure to grant such a continuance would unreasonably deny counsel for
26 the defendant the reasonable time necessary for effective preparation, taking into account the
27 exercise of due diligence.
28 //

STIPULATION RE EXCLUDABLE TIME
No. CR 07-0790 CW

1  Based on these findings, IT IS HEREBY ORDERED that time is excluded from
2  December 20, 2007 to and including January 16, 2008 under the Speedy Trial Act pursuant to 18
3  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
4  Dated: December ___, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION RE EXCLUDABLE TIME
No. CR 07-0790 CW