UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 1/16/08

**Plaintiff:**  United States

**v.**                                                          **No.**  CR-07-00790 CW

**Defendant:**  Enrique Garcia-Graciano (present - in custody
                                         interpreter used)


**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**
Angela Zawadsky (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


            **Hearing:   Trial Setting (initial app.)**

**Notes:**    This was the defendant's initial appearance before District
Judge.  Defense has received discovery and has a little more
investigation to do.  **Case continued to 1/30/08 at 2:00 p.m. for
disposition or trial setting or motions setting.**  Time excluded for
effective preparation.

Copies to: Chambers