UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 1/30/08**

**Plaintiff:** United States

**v.**                                              **No.** CR-07-00790 CW

**Defendant:** Enrique Garcia-Graciano (present - in custody
                                        interpreter used)

**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**
Angela Zawadzki (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


                        **Hearing:   Setting**

**Notes:**     Defense will be filing motions.  Government has provided
tapes to defense.  Defense needs to submit an expert request for
immigration attorney to prepare declaration re voluntary departure.
Defense to file motions by 2/13/05; opposition due 2/20/08; reply due
2/27/08.  **Hearing on motions set for 3/5/08 at 2:00 p.m.,** or for trial
setting or disposition, if no motions.  Time excluded for continuity
of counsel and effective preparation; if motions filed, time will
further be excluded.

Copies to: Chambers