

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Federal Building*  *(510) 637-3924*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612*  *FAX:(510) 637-3724*

March 4, 2008

BY HAND DELIVERY
The Honorable Claudia Wilken
United States District Court
1301 Clay Street, 4th Floor
Oakland, California 94612

    Re:  United States v. Garcia-Graciano  CR0-0790 CW

Dear Judge Wilken:

    The above-captioned matter is on Your Honor's calendar for status on March 5, 2008 at 2:00 p.m.  Enclosed is a copy of the Information that the government filed today, as well as a copy of an unexecuted Plea Agreement.  As the enclosed plea agreement calls for a sentence of time served, I understand that Mr. Garcia-Graciano may wish to waive a presentence report and proceed to change of plea, judgment, and sentencing at the hearing.  The government has no objection to the defendant's request to be sentenced without a presentence report at the hearing.

    Thank you for your consideration of this matter.

    Very truly yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney


    CHINHAYI J. COLEMAN
    Assistant United States Attorneys


Enclosures


cc: Joyce Leavitt, Assistant Federal Public Defender (with attachments)