1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8
9                        UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11                              OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )    No.  CR 07-0790 CW
                                     )
13         Plaintiff,                )
                                     )    VIOLATION: 8 U.S.C. § 1325 –
14     v.                            )    Improper Entry by Alien
                                     )    (Class B Misdemeanor)
15  ENRIQUE GARCIA-GRACIANO,         )
                                     )
16         Defendant.                )    OAKLAND VENUE
                                     )
17

18

19                                  INFORMATION

20         The United States Attorney charges:

21         In or about March 2005, in the Northern District of California, the defendant, ENRIQUE

22  GARCIA-GRACIANO, did knowingly and voluntarily enter the United States at a time and

23  place other than as designated by immigration officers, and eluded examination and inspection by

24  ///

25  ///

26  ///

27  ///

28  ///

INFORMATION
CR 07-0790 CW

1  immigration officers, in violation of Title 8, United States Code, Section 1325(a), a Class B
2  misdemeanor.

4  DATED: February ___, 2008                    _____JOSEPH P. RUSSONIELLO
                                                United States Attorne

                                                _____
                                                W. DOUGLAS SPRAGUE
                                                Chief, Oakland Division

9  (Approved as to form:  _____)
                          CHINHAYI J. COLEMAN
10                        Assistant United States Attorney

INFORMATION
CR 07-0790 CW                     2