AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

8 U.S.C. Section 1325 - Improper Entry by Alien (Class B Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum imprisonment 6 months; Maximum fine $5,000; $10 Special Assessment

**DEFENDANT - U.S.**

▶ ENRIQUE GARCIA-GRACIANO

DISTRICT COURT NUMBER
CR-07-0790 CW

FILED
MAR 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   AUSA Chinhayi J. Coleman

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed 9/21/2007

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year 12/7/2007

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
2008 MAR -4 PM 1:30

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0790 CW |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATION: 8 U.S.C. § 1325 – |
| v. | ) Improper Entry by Alien |
| | ) (Class B Misdemeanor) |
| ENRIQUE GARCIA-GRACIANO, | ) |
| | ) |
| Defendant. | ) OAKLAND VENUE |
| | ) |

## INFORMATION

The United States Attorney charges:

In or about March 2005, in the Northern District of California, the defendant, ENRIQUE GARCIA-GRACIANO, did knowingly and voluntarily enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by

///
///
///
///
///

INFORMATION
CR 07-0790 CW

1 | immigration officers, in violation of Title 8, United States Code, Section 1325(a), a Class B
2 | misdemeanor.

4 | DATED: February 28, 2008          JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      W. DOUGLAS SPRAGUE
                                      Chief, Oakland Division

9 | (Approved as to form: _____)
                          CHINHAYI J. COLEMAN
10|                       Assistant United States Attorney

INFORMATION
CR 07-0790 CW                          2