UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
Clerk: Sheilah Cahill
Court Reporter: Starr Wilson, pro tem
Date: 3/5/08

**Plaintiff:** United States

v.                                                    No. CR-07-00790 CW

**Defendant:** Enrique Garcia-Graciano (present - in custody
                                         interpreter used)

**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**
Angela Zawadski (Spanish)

**Hearing:**  1)  Arraignment
              2)  Change of Plea
              3)  Sentencing

**Notes:**  Defendant arraigned on misdemeanor information; reading waived. Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to single count Information charging improper entry into the United States in violation of 8 USC 1325. Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. Defendant waives his right to a presentence report and requests immediate sentencing. The Court sentences the defendant to 60 days custody of the Attorney General with credit for time served; the Court understands that the time has already been served. Court imposes $10 special assessment. Guideline Range does not apply pursuant to USSG 1B1.9. Court dismisses the indictment. Court signs order for release from custody.

Copies to: Chambers; probation