IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*FILED MAR - 5 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>Enrique Garcia Granciano<br><br>       Defendant._____/ | No.  CR 07-00790 CW<br><br>ORDER FOR RELEASE<br>FROM CUSTODY |

IT IS ORDERED that the United States Marshal release from his custody _Enrique Garcia-Granciano_, defendant in the above-cited action.

Dated: _March 5, 2008_       _/s/ Claudia Wilken_
                                                       CLAUDIA WILKEN
                                                       UNITED STATES DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RETURN

Received _____, 19___

at _____ and executed _____, 19___

as _____ .

                                                       UNITED STATES MARSHAL

                                         By: _____
                                                 Deputy United States Marshal